**Johnny Ray PHILLIPS,**
**Plaintiff–Appellant,**

v.

**GASTON COUNTY; Jan Winters, in his Official Capacity as County Manager for Gaston County; Gaston County Police Department; William J. Farley, Defendants–Appellees.**

No. 07–1385.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 20, 2008.

Decided: May 22, 2008.

J. Heydt Philbeck, Philip A. Collins, Bailey & Dixon, LLP, Raleigh, North Carolina, for Appellant. Martha R. Thompson, Stott Hollowell Palmer & Windham, L.L.P., Gastonia, North Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Ray Phillips appeals the magistrate judge's order * granting summary judgment in favor of Defendants in his action challenging the propriety of his termination from the Gaston County Police Department. We have reviewed the parties' briefs, the joint appendix, and the magistrate judge's opinion and order and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Phillips v. Gaston County*, No. 3:04–cv–00538, 2007 WL 922921 (W.D.N.C. Mar. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).